FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov   For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov   For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov   For Riverside criminal duty.

2022 AUG 30  PM 12: 44

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Dreaun A. Young<br>USMS# 96873-007                                  PLAINTIFF<br>DEFENDANT | CASE NUMBER:<br>**MJ 22-03428**<br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 08/29/2022, 1400 ____ at ☐ AM ☒ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:

   22 D.C. Code Sections 2103, 4502:

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ____

7. Year of Birth: 2003

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ____   Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ____

11. Name: David Zevallos   (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S. Marshals Service

14. Signature: /s/

15. Date: 08/30/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION