FILED

AUSA Sharon Donovan

Title 16

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

2022 AUG 30 PM 12:47

### COMPLAINT

Case #: _____

**District of Columbia ss:**

**Defendant's Name:** Dreaun A. Young
(First)   (MI)   (Last)

**Also Known As:** Dre
(First)   (Middle)   (Last)

**Address:** _____

MJ 22-03428

Dreaun Young, within the District of Columbia, while armed with a firearm, and with the intent to kill another and to inflict serious bodily injury on another and with a conscious disregard of an extreme risk of death or serious bodily injury to another, caused the death of Michael Brittingham by shooting Michael Brittingham with a firearm on or about August 6, 2020, thereby causing injuries from which Michael Brittingham died on or about August 6, 2020. (Second Degree Murder While Armed, in violation of 22 D.C. Code, Sections 2103, 4502 (2001 ed.))

Det. Thomas Austin Brayton   08/09/2020
Affiant's Name

Subscribed and sworn to before me this 9th day of August 2020

(Judge) (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
   **WHEREAS** the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for Dreaun Young
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith to answer said charge.**

Issued 8/9/2020

Judge - Superior Court of the District of Columbia

Title 16:   Rule 105:   _____
Judge

| Sex: Male | DOB: 1/4/2003 | CCN: 20-112400 | PDID: 717-619 |
|---|---|---|---|
| Papering Officer: | | | Badge No.: |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date / Time: |
|---|---|
| AUSA Signature: | Fel. I ☒   AFTC ☐   Fel. II ☐ |